# EXHIBIT D

IN THE COURT OF COMMON PLEAS
MONTOUR COUNTY, PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA<br>         Plaintiff<br><br>vs.<br><br>$36,000.00 U.S. CURRENCY, EIGHT (8) CASES OF SILVER COIN BULLION, TWO (2) CARDBOARD BOXES OF SILVER COINS, AND BRIEFCASE OF MISCELLANEOUS JEWELRY,<br>         Defendant | No. CV 332-2020 |

## ORDER

**AND NOW**, this _18_ day of _June_, 2021, upon consideration of the foregoing plaintiff's Motion to Withdraw Petition for Forfeiture and Condemnation, it is hereby **ORDERED** as follows:

The Commonwealth's motion is granted. The Prothonotary shall mark the Commonwealth's Petition for Forfeiture and Condemnation, filed on October 15, 2020, withdrawn. The seized defendant/property, $36,000.00 U.S. currency, eight (8) cases of silver coin bullion, two (2) cardboard boxes of silver coins, and briefcase of miscellaneous jewelry shall be returned to Michael Goodman Schifter. Additionally, as requested, when the property is collected, it should be inspected to ensure everything is present and to determine if there is damage to any of the property.

Lastly, the hearing scheduled for June 25, 2021, at 10:30 AM in the Montour County Courthouse is cancelled.

                  BY THE COURT:

                  _[signature]_
                  J.