

COMMONWEALTH OF PENNSYLVANIA
## OFFICE OF ATTORNEY GENERAL

JOSH SHAPIRO
ATTORNEY GENERAL

July 11, 2022

Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA 17120
Phone (717) 712-2037
akorn@attorneygeneral.gov

Chief Judge Matthew W. Brann
U.S. District Court
Middle District of Pennsylvania
U.S. Courthouse and Federal Office Building
240 West Third Street
Suite 218
Williamsport, PA 17701

> **Re:** **Schifter v. Conrad, et al.**
> **No. 4:21-CV-01622 (M.D. Pa.)**

Dear Judge Brann:

I am counsel to Defendants Mark Conrad and Christopher Isbitski in the above-captioned matter and I write on behalf of all parties to request that you cancel the scheduled mediation in this case. *See* Doc. 12. The parties do not believe that there is any reasonable chance of settlement at this time given their respective positions.

Thank you for the attention to this matter.

Respectfully submitted,

*/s/ Alexander T. Korn*
ALEXANDER T. KORN
Deputy Attorney General

Cc:  All counsel of record