IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL SCHIFTER, | : | |
|     Plaintiff | : | No:  4:21-CV-01622-MWB |
| | : | |
| v. | : | |
| | : | CIVIL ACTION - LAW |
| MARK CONRAD and CHRISTOPHER ISBITSKI, | : | |
| | : | JURY TRIAL DEMANDED |
|     Defendants | : | |

## STIPULATION OF DISMISSAL

The parties in the above captioned case, by and through their respective counsel, hereby Stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of the above-captioned case with prejudice.

| **OFFICE OF ATTORNEY GENERAL** | **SCHEMERY ZICOLELLO** |
|---|---|
| By: _S/Alexander T. Korn_<br>    Alexander T. Korn<br>    I.D. # 323957<br>    Attorney for Defendants | By: _S/Michael J. Zicolello_<br>    Michael J. Zicolello<br>    I.D. #65522<br>    Attorneys for Plaintiff |
| 15th Floor, Strawberry Square<br>Harrisburg, PA 17120<br>Telephone: (717) 712-2037<br>Email: akorn@attorneygeneral.gov | 333 Market Street<br>Williamsport, PA 17701<br>Telephone: (570) 321-7554<br>Email: mike@sz-law.com |