IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL SCHIFTER, | No. 4:21-CV-01622 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| MARK CONRAD and CHRISTOPHER ISBITSKI, | |
| Defendants. | |

## ORDER

**AND NOW**, this 28th day of September 2022, upon consideration of the Joint Stipulation of Dismissal, Doc. 18, **IT IS HEREBY ORDERED** that this action is **DISMISSED** with prejudice.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge